People v Colon (2023 NY Slip Op 00881)

People v Colon

2023 NY Slip Op 00881

Decided on February 15, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 15, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

BETSY BARROS, J.P.
MARK C. DILLON
FRANCESCA E. CONNOLLY
LINDA CHRISTOPHER, JJ.

2018-04754
 (Ind. No. 1459/16)

[*1]The People of the State of New York, respondent,
v
Jerry Colon, appellant. Jerry Colon, Stormville, NY, appellant pro se.

Miriam E. Rocah, District Attorney, White Plains, NY (Jill Oziemblewski and William C. Milaccio of counsel), for respondent.

DECISION & ORDER
Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated December 2, 2020 (People v Colon, 189 AD3d 875), affirming a judgment of the County Court, Westchester County, rendered March 27, 2018.
ORDERED that the application is denied.
The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see Jones v Barnes, 463 US 745; People v Stultz, 2 NY3d 277).
BARROS, J.P., DILLON, CONNOLLY and CHRISTOPHER, JJ., concur.
ENTER:
Maria T. Fasulo
Clerk of the Court